927 P.2d 449

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**Order No. 96–22**
**October 28, 1996**

| | | |
|---|---|---|
| 17742 | State v. Pressley | Affirmed |

**Order No. 96–23**
**November 8, 1996**

| | | |
|---|---|---|
| 16155 | Rhodes v. Hawaiian Elec. Co., Inc. | Affirmed |

**Order No. 96–24**
**November 12, 1996**

| | | |
|---|---|---|
| 17668 | Humphreys v. SCI Contractors, Inc. | Affirmed |

**Order No. 96–25**
**November 12, 1996**

| | | |
|---|---|---|
| 17771 | State v. Burris | Affirmed |

**Order No. 96–26**
**November 15, 1996**

| | | |
|---|---|---|
| 16470 | Beard v. Chang | Affirmed |
| 17315 | Lim v. Bitton | Affirmed |
| 17421 | Ing v. Paden | Affirmed |